UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL BUTTO, : | |
| Plaintiff, : | |
| : | |
| v. : | No. 5:18-cv-01210 |
| : | |
| CJKANT RESOURCE GROUP, LLC; : | |
| CJKANT MANAGEMENT, LLC; : | |
| CJKANT RES. GROUP HOLDINGS, LLC; : | |
| and JEFFREY L. KANTNER, : | |
| Defendants. : | |

## **O R D E R**

**AND NOW**, this 13th day of March, 2019, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. Defendants' Motion to Dismiss the Amended Complaint, ECF No. 11, is **GRANTED**.

2. The Amended Complaint, ECF No. 8, is **DISMISSED with prejudice**.

3. The case is **CLOSED**.

BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge